UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA DROWNS, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>RUTH'S HOSPITALITY GROUP, INC., *et al.*,<br><br>　　　　　　　　Defendant. | CASE NO. 3:20-cv-0661-RCJ-WGC<br><br>**ORDER GRANTING STIPULATION (ECF No. 9) To Extend Time For Plaintiff To Respond To:**<br><br>**(1) Defendants' Motion for Partial Dismissal (ECF 005); and**<br><br>**(2) Defendants' Motion to Stay Discovery (ECF 007)**<br><br>**(First Request)** |

　　　IT IS HEREBY STIPULATED AND AGREED by the parties' undersigned counsel of record that Plaintiff shall have a two-weeks' extension of time **through and including Friday April 23, 2021**, to respond to *Defendants' Motion for Partial Dismissal* (ECF 005), which is currently due Friday, April 9, 2021.  IT IS FURTHER STIPULATED AND AGREED that Plaintiff shall have a two-weeks' extension of time **through and including Monday, May 3, 2021**, to respond to *Defendants' Motion to Stay Discovery* (ECF 007), which is currently due Monday, April 19, 2021.  These extensions of time are requested by Plaintiff's counsel, whose congested schedule and deadlines require additional time to prepare these motions.

/ / /

/ / /

1

This is the first request for such extensions of time, and this request is not offered for any dilatory or improper purpose.

Dated this 7th Day of April 2021.    THE GEDDES LAW FIRM, P.C.

*[signature]*

WILLIAM J. GEDDES
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
(775) 853-9455
*Attorneys for Plaintiff Amanda Drowns*

Dated this 7th Day of April 2021.    LITTLER MENDELSON, P.C.

*Electronic Signature Authorized*

/s/ *Karyn M. Taylor*
KARYN M. TAYLOR, ESQ.
200 S. Virginia Street, 8th Floor
Reno, NV 89501-1944
Telephone: 775.348.4888
Fax No.: 775.786.0127
Email: kmtaylor@littler.com

*Attorneys for Defendants Ruth's Hospitality Group, Inc. and RCSH Operations, Inc.*

IT IS SO ORDERED:

*[signature]*

UNITED STATES DISTRICT COURT JUDGE

Dated: April 8, 2021

2