1  KARYN M. TAYLOR, ESQ., Bar No. 6142
   LITTLER MENDELSON, P.C.
2  200 S. Virginia Street, 8th Floor
   Reno, NV 89501-1944
3  Telephone:    775.348.4888
   Fax No.:      775.786.0127
4  Email:        kmtaylor@littler.com

5

6  Attorneys for Defendants
   RUTH'S HOSPITALITY GROUP, INC.
7  and RCSH OPERATIONS, INC. d/b/a RUTH'S CHRIS STEAKHOUSE

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10

| | |
|---|---|
| 11  AMANDA DROWNS, | Case No. 3:20-cv-0661-RCF-WGC |
| 12            Plaintiff, | |
| 13  vs. | **ORDER TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMIS PLAINTIFF'S AMENDED COMPLAINT** |
| 14  RUTH'S HOSPITALITY GROUP, INC., d/b/a RUTH'S CHRIS STEAK HOUSE; | |
| 15  and RCSH OPERATIONS, INC., d/b/a RUTH'S CHRIS STEAKHOUSE, | |
| 16 | **(ECF 14)** |
| 17            Defendants. | **(SECOND REQUEST)** |

18

19        IT IS HEREBY STIPULATED AND AGREED by the parties' undersigned counsel of

20  record, that Defendants shall have a two-weeks' extension of time **through and including Friday**

21  **May 14, 2021**, to reply to *Plaintiff's Opposition to Defendants' Partial Motion to Dismiss Plaintiff's*

22  *Amended Complaint* (ECF 014), which is currently due Friday, April 30, 2021.

23        This extension of time is requested by Defendants' counsel, whose congested schedule and

24  deadlines require additional time to prepare this reply.

25  / / /

26  / / /

27  / / /

28  / / /

LITTLER MENDELSON, P.C.
Attorneys At Law
200 South Virginia Street
8th Floor
Reno, NV 89501
775.348.4888

4846-6914-7111.1 / 091430-1003

1    This is the first request for such extension of time by Defendants, and this request is

2 not offered for any dilatory or improper purpose.

3 Dated: April 26, 2021

4                                        Respectfully submitted,

5

6                                        */s/ Karyn M. Taylor*
                                         KARYN M. TAYLOR, ESQ.
7                                        LITTLER MENDELSON, P.C.

8                                        Attorney for Defendants
                                         RUTH'S HOSPITALITY GROUP, INC.
9                                        and RCSH OPERATIONS, INC., d/b/a RUTH'S
                                         CHRIS STEAK HOUSE
10

11                                       */s/ William J. Geddes*
                                         WILLIAM J. GEDDES
12                                       The GEDDES LAW FIRM, P.C.

13                                       Attorneys for Plaintiff Amanda
                                         Drowns
14

15

16         IT IS SO ORDERED:

17

18        _____

19         UNITED STATES DISTRICT COURT JUDGE

20         Dated:  April 28, 2021

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
200 South Virginia Street
8th Floor
Reno, NV 89501
775.348.4888

4846-6914-7111.1 / 091430-1003