KARYN M. TAYLOR, ESQ., Bar No. 6142
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501-1944
Telephone: 775.348.4888
Fax No.: 775.786.0127
Email: kmtaylor@littler.com

Attorneys for Defendants
RUTH'S HOSPITALITY GROUP, INC.
and RCSH OPERATIONS, INC. d/b/a RUTH'S CHRIS STEAKHOUSE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA DROWNS,<br><br>    Plaintiff,<br><br>vs.<br><br>RUTH'S HOSPITALITY GROUP, INC., d/b/a RUTH'S CHRIS STEAK HOUSE; and RCSH OPERATIONS, INC., d/b/a RUTH'S CHRIS STEAKHOUSE,<br><br>    Defendants. | Case No. 3:20-cv-0661-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL STAY OF DISCOVERY (ECF NO. 19)**<br><br>**(First Request)** |

Plaintiff AMANDA DROWNS ("Plaintiff") and Defendants RUTH'S HOSPITALITY GROUP, INC., and RCSH OPERATIONS, INC., d/b/a RUTH'S CHRIS STEAKHOUSE ("Defendants"), by and through their attorneys of record, stipulate that Defendants have an additional three (3) days to file its Reply in support of its Motion for Partial Stay of Discovery (ECF No. 7), which is currently due Monday, May 10, 2021. It is hereby stipulated and agreed that Defendants are to file their response on or before **May 13, 2021**.

This extension of time is requested by Defendants' counsel, whose congested schedule and deadlines require additional time to prepare this reply.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
200 South Virginia Street
8th Floor
Reno, NV 89501
775.348.4888

4844-6886-5512.1 / 091430-1003

This is the first request for such extension of time by Defendants. This request is made in good faith and not for the purpose of delay.

Dated: May 5, 2021

Respectfully submitted,

/s/ *William J. Geddes, Esq.*
WILLIAM J. GEDDES, ESQ.
KRISTEN R. GEDDES, ESQ.
THE GEDDES LAW FIRM, P.C.

Attorneys for Plaintiff
AMANDA DROWNS

Respectfully submitted,

/s/ *Karyn M. Taylor, Esq.*
KARYN M. TAYLOR, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendants
RUTH'S HOSPITALITY GROUP, INC.
and RCSH OPERATIONS, INC., d/b/a RUTH'S CHRIS STEAK HOUSE

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 6, 2021

LITTLER MENDELSON, P.C.
Attorneys At Law
200 South Virginia Street
8th Floor
Reno, NV 89501
775.348.4888

4844-6886-5512.1 / 091430-1003